# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1292
_____

DANIEL D. STRADER,

Appellant,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.


May 13, 2026

PER CURIAM.

DISMISSED. *See Marlow v. Newrez, LLC*, 392 So. 3d 874, 874–75 (Fla. 2d DCA 2024).

ROBERTS, RAY, and TREADWELL, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Daniel Winchester Ripley of Ripley Whisenhunt, PLLC, Pinellas Park, for Appellant.

Dan Johnson, General Counsel, Department of Corrections, Tallahassee; James Uthmeier, Attorney General, and Sheron Lee Wells, Assistant Attorney General, Tallahassee, for Appellee.